**Electronically Filed
Supreme Court
SCWC-22-0000556
18-JUN-2025
07:47 AM
Dkt. 10 ODAC**

SCWC-22-0000556

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

RICHARD J. BALSIMO,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000556; CASE NO. 3DTA-22-00154)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner's Application for Writ of Certiorari, filed on May 8, 2025, is hereby rejected.

DATED: Honolulu, Hawai'i, June 18, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

